## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

United States of America,
Plaintiff,

vs.

Colter Keffer
Defendant.

CASE NO. 8:17CR336

**WRITTEN WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER**

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against [him][her] in this court.

(1)    The defendant affirms that [he][~~she~~] has received a copy of the superseding indictment;

(2)    The defendant understands that [he][~~she~~] has the right to appear personally before the Court for an arraignment on [~~this~~][these] charge[s], and voluntarily waives that right; and

(3)    The defendant pleads not guilty to [all counts of] the superseding indictment.

_____
Defendant

_____ #18617
Counsel for Defendant

### ORDER

**IT IS ORDERED** that the defendant's waiver is hereby accepted, and [his][her] plea[s] of not guilty [is][are] entered of record with the Clerk of Court.

DATED this __14__ day of __May__, 2018.

BY THE COURT:

Susan M Bazis
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT