IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17CR336 |
| v. | |
| COLTER KEFFER, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Colter Keffer's ("Keffer") pro se Emergency Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) and for Appointment of Counsel (Filing No. 197). To facilitate the Court's prompt review of that motion, the Court ordered the United States Probation and Pretrial Services Office for the District of Nebraska ("Probation Office") to investigate Keffer's request and appointed attorney Jon S. Natvig ("Natvig") to represent Keffer under the Criminal Justice Act. The original scheduling order relating to Keffer's motion required both the government and Keffer to file any additional briefing within ten days of the compassionate release report (Filing No. 198). The Probation Office filed its report on May 12, 2021 (Filing No. 220).

On May 28, 2021, Natvig filed an unopposed motion to extend that briefing deadline by forty-five days. The Court granted Natvig's request and extended the briefing date to July 19, 2021. The government submitted its brief on that date (Filing 204). Natvig did not. Court staff sent an email to Natvig from on July 21, 2021, reminding him of the briefing deadline. Natvig did not respond. On July 26, 2021, Court staff contacted Natvig by phone to again remind him that the briefing deadline had passed. Natvig stated that he was having "trouble getting a hold of his client." He was reminded at that time that he needed to provide some sort of response to the Court by the end of that day, which would include any necessary requests for continuance. Again, Natvig neither responded nor

requested a continuance. Almost eleven days has passed since the extended briefing deadline.

Based on the foregoing, Natvig is directed to show cause within five days of the date of this order why he has not responded.

IT IS SO ORDERED.

Dated this 30th day of July 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge