IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:17 CR 336 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO |
| v. | ) | EXTEND BRIEF DEADLINE |
| | ) | (Unopposed) |
| COLTER KEFFER, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Colter Keffer, by and through his attorney, Jon S. Natvig, and moves the Court for an Order to extend the time in which to file Defendant's Brief in support of his Motion for Compassionate Release.   In support of this motion the Defendant shows to the Court:

1.      Counsel for Defendant has not been able to communicate with Client.  Attempts to set up direct communication have been unsuccessful.  Direct communication with Leavenworth Prison is ongoing to establish an email communication link.

2.      Counsel was directed to have his brief filed by July 19th, 2021.   Due to unforeseen delays in establishing communication with client the brief was not filed as directed.  Counsel for Colter Keffer respectfully requests the Court grant a final extension of his brief deadline.

3.      Counsel requests thirty days to finalize communications with Mr. Keffer and Complete the necessary response in support of Defendant'

4.      The Government has been contacted regarding an extension of the brief deadline. The Government does not object to the requested extension.

WHEREFORE, Defendant by and through his attorney of record respectfully y requests a thirty-day final extension for brief submission.

COLTER KEFFER, Defendant


By:____s/ Jon S. Natvig_____
Jon S. Natvig, #18617
The Douglas Building
209 South 19th Street, Suite 525
Omaha, Nebraska 68102
(402) 342-0100
Attorney for Defendant




CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 18, 2021 electronically filed the foregoing Motion to Extend Brief date with the Clerk of the Court using CM/ECF system which sent notification of this filing to Assistant United States Attorney, Kimberly Bunjer.

_____s/ Jon S. Natvig_____